JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| MICHAEL RYAN,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF OMAHA<br><br>Defendant. | Case No.: 5:22-cv-00156-DSF-AFM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FIRST NATIONAL BANK OF OMAHA** |

## ORDER

Pursuant to the stipulation of the Parties, First National Bank of Omaha is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 25, 2022

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE